STEVEN KAUFHOLD (SBN #157195)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California, 15th Floor
San Francisco, California 94104-1036
Telephone: 415-765-9500
Facsimile: 415-765-9501
skaufhold@akingump.com

Attorneys for Plaintiff Catholic Healthcare West
[Additional counsel appear on signature page.]

FILED
AUG 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CATHOLIC HEALTHCARE WEST, a California non-profit corporation,

    Plaintiff,

v.

KONINKLIJKE AHOLD N.V., a Netherlands public holding company, U.S. FOODSERVICE, INC., a Delaware corporation, GORDON REDGATE, an individual, and BRADY SCHOFIELD, an individual,

    Defendants.

Case No. C 07 4242 CW

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named party, there is no such interest to report.

Dated: August 17, 2007

AKIN GUMP STRAUSS HAUER & FELD LLP
Steven Kaufhold

By *Steven Kaufhold*

---

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

| | |
|---|---|
| R. Laurence Macon (*pro hac vice* to be filed) | Richard L. Wyatt, Jr. (*pro hac vice* to be filed) |
| Karen Kroesche Gulde (*pro hac vice* to be filed) | Todd M. Stenerson (*pro hac vice* to be filed) |
| **Akin Gump Strauss Hauer & Feld LLP** | **Akin Gump Strauss Hauer & Feld LLP** |
| 300 Convent Street, Suite 1500 | Robert S. Strauss Building |
| San Antonio, Texas 78205 | 1333 New Hampshire Ave., N.W. |
| Telephone: (210) 281-7000 | Washington, D.C. 20036-1564 |
| Facsimile: (210) 224-2035 | Telephone: (202) 887-4000 |
| lmacon@akingump.com | Facsimile: (202) 887-4288 |
| kgulde@akingump.com | rwyatt@akingump.com |
| | tstenerson@akingump.com |

Gordon Ball (*pro hac vice* to be filed)
**Ball & Scott**
550 West Main Street, Suite 601
Knoxville, Tennessee 37902
Telephone: (865) 525-7028
Facsimile: (865) 525-4679
gball@ballandscott.com

Attorneys for Plaintiff Catholic Healthcare West

2
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS