| Clerk's Use Only |
|---|
| Initial for fee pd.: |

R. Laurence Macon
Akin Gump Strauss Hauer & Feld LLP
300 Convent Street, Suite 1600
San Antonio, Texas 78205
Telephone: 210.281.7000

**FILED**
AUG 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

E-filing

CATHOLIC HEALTHCARE WEST, a
California non-profit corporation,

Plaintiff(s),

v.

KONINKLIJKE AHOLD N.V., a
Netherlands public holding company, et al.,

Defendant(s).

CASE NO. C 07 4242 CW

**APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, R. Laurence Macon , an active member in good standing of the bar of the Western District of Texas , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Catholic Healthcare West in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Steven Kaufhold, Akin Gump Strauss Hauer & Feld LLP,
580 California Street, Suite 1500, San Francisco, CA 94104, Tel: 415.756.9500

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8-17-07