| Clerk's Use Only |
| --- |
| Initial for fee pd.: |

Richard L. Wyatt, Jr.
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: 202.887.4048

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

CATHOLIC HEALTHCARE WEST, a
California non-profit corporation,

    Plaintiff(s),

v.

KONINKLIJKE AHOLD N.V., a
Netherlands public holding company, et al.,

    Defendant(s).

CASE NO. C 07 4242 CW

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Richard L. Wyatt, Jr., an active member in good standing of the bar of the U.S. District Court for District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Catholic Healthcare West in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Steven Kaufhold, Akin Gump Strauss Hauer & Feld LLP,
580 California Street, Suite 1500, San Francisco, CA 94104, Tel: 415.756.9500

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 17, 2007

Richard L. Wyatt, Jr.