RECEIVED

AUG 1 7 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

**FILED**

AUG 2 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

CATHOLIC HEALTHCARE WEST, a
California non-profit corporation,

                  Plaintiff(s),

v.

KONINKLIJKE AHOLD N.V., a
Netherlands public holding company, et
al.,

                  Defendant(s).

C 07 4242 CW

CASE NO.

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Karen Kroesche Gulde, an active member in good standing of the bar of

Texas whose business address and telephone number

(particular court to which applicant is admitted)

is

Akin Gump Strauss Hauer & Feld LLP
300 Convent Street, Suite 1600, San Antonio, Texas 78205
Telephone: 210.281.7000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Catholic Healthcare West.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: AUG 2 2 2007

                                                United States ~~Magistrate~~ District Judge