RECEIVED
AUG 17 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
AUG 22 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
Northern District of California

CATHOLIC HEALTHCARE WEST, a California non-profit corporation,

Plaintiff(s),

v.

KONINKLIJKE AHOLD N.V., a Netherlands public holding company, et al.,

Defendant(s).

Case No. C 07-4242 CW

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

R. Laurence Macon , an active member in good standing of the bar of
Texas
(particular court to which applicant is admitted)       whose business address and telephone number

is

Akin Gump Strauss Hauer & Feld LLP
300 Convent Street, Suite 1600, San Antonio, Texas 78205
Telephone: 210.281.7000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Catholic Healthcare West.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: AUG 2 2 2007

_____
United States ~~Magistrate~~ District Judge

UNITED STATES DISTRICT COURT
For the Northern District of California