ORIGINAL
FILED
AUG 1 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
AUG 2 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing **UNITED STATES DISTRICT COURT**

Northern District of California

CATHOLIC HEALTHCARE WEST, a
California non-profit corporation,

**C 07 4242**

CASE NO.

CW

    Plaintiff(s),

        v.

KONINKLIJKE AHOLD N.V., a
Netherlands public holding company, et
al.,

(Proposed)
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

    Defendant(s).

Richard L. Wyatt, Jr.                        , an active member in good standing of the bar of

the U.S. District Court for District of Columbia    whose business address and telephone number

(particular court to which applicant is admitted)

is

Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW, Washington, D.C. 20036
Telephone: 202.887.4048

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Catholic Healthcare West.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac

vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:    AUG 2 2 2007

                                    United States ~~Magistrate~~ Judge
                                    District