RECEIVED
AUG 17 2007
RICHARD W. WIEKIN
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFOR.

FILED
AUG 22 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| CATHOLIC HEALTHCARE WEST, a California non-profit corporation,<br><br>Plaintiff(s),<br><br>v.<br><br>KONINKLIJKE AHOLD N.V., a Netherlands public holding company, et al.,<br><br>Defendant(s). | CASE NO. C 07 4242 CW<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE<br><br>E-filing |

Todd M. Stenerson, an active member in good standing of the bar of the U.S. District Court for District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is

Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW, Washington, D.C. 20036
Telephone: 202.887.4276

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Catholic Healthcare West.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

United States ~~Magistrate~~ District Judge

ORIGINAL
UNITED STATES DISTRICT COURT
For the Northern District of California