

**FILED**

AUG 2 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGTION

In Re US Foodservice
Inc. Litigation

MDL No. _____

## Proof of Service

I hereby certify that a copy of this forgoing Motion, Brief, Schedule of Actions and this Certificate of Service was served by UPS Overnight on August 28, 2007 to the following:

Clerk, United States District Court, Southern District of Illinois
750 Missouri Avenue
East St. Louis, IL 62201

Clerk, United States District Court, Northern District of California
1301 Clay Street, Suite 400S
Oakland, CA 94612-5212

Michael P. Shea, Esq.
Erick M. Sandler, Esq.
Day Pitney LLP
282 Trumbull Street
Hartford, CT 06103
**Counsel for Defendant US Foodservice, Inc., D. Connecticut, C. A. 06-01657, N.D. California, C. A. 07-04242 and N.D. Illinois, C. A. 07-00608**

Glenn M. Kurtz, Esq.
Douglas P. Baumstein, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
**Counsel for Defendant US Foodservice, Inc., D. Connecticut, C. A. 06-01657, N.D. California, C. A. 07-04242 and N.D. Illinois, C. A. 07-00608**

1

Steve Shea Kaufhold
Akin Gump Strauss Hauer & Feld LLP
580 California Street
15th Floor
San Francisco, CA 94104-1036
**Counsel for Plaintiff Catholic Healthcare West**, N.D. California, C. A. 07-04242

Karen Kroesche Gulde
R. Laurence Macon
Akin Gump Strauss Hauer & Feld LLP
300 Convent Street
Suite 1600
San Antonio, TX 78205
**Counsel for Plaintiff Catholic Healthcare West**, N.D. California, C. A. 07-04242

Gordon Ball
Ball & Scott
550 West Main Street, Suite 601
Knoxville, TN 37902
**Counsel for Plaintiff Catholic Healthcare West**, N.D. California, C. A. 07-04242 **and**
**Counsel for Plaintiff Thomas & King**, N.D. Illinois, C. A. 07-00608

Richard L. Wyatt, Jr.
Todd M. Stenerson
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
**Counsel for Plaintiff Catholic Healthcare West**, N.D. California, C. A. 07-04242 **and**
**Counsel for Plaintiff Thomas & King**, N.D. Illinois, C. A. 07-00608

Karen K. Gulde
Richard Laurence Macon
Akin, Gump et al. - San Antonio
300 Convent Street
Suite 1600
San Antonio, TX 78205
**Counsel for Plaintiff Thomas & King**, N.D. Illinois, C. A. 07-00608

Peter Pizzi
Connell Foley LLP
85 Livingston Avenue
Roseland, NJ 07068
**Counsel for Defendant Gordon Redgate**, N.D. California, C. A. 07-04242

Brady Schoefield
746 Spyglass Lane
Naples, FL 34102
**Defendant,** N.D. California, C. A. 07-04242, N.D. Illinois, C. A. 07-00608

I hereby certify that a copy of this forgoing Motion, Brief, Schedule of Actions and this Certificate of Service was electronically filed using the CM/ECF system on August 28, 2007 to the following:

Clerk, United State District Court, District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street
Hartford, CT 06103

I hereby certify that a copy of this forgoing Motion, Brief, Schedule of Actions and this Certificate of Service was sent via USPS Express Mail International on August 28, 2007 to the following:

Koninklijke Ahold N.V.
Piet Heinkade 167-173
1019 GM, Amsterdam
**Defendant,** N.D. California, C. A. 07-04242, N.D. Illinois, C. A. 07-00608

I hereby certify that a copy of this forgoing Motion, Brief, Schedule of Actions and this Certificate of Service was sent via USPS Priority Mail on August 28, 2007 to the following:

Patricia S. Murphy
Murphy Law Office
Generally Admitted
Post Office Box 220
Energy, IL 62933-0220
**Counsel for Plaintiff Thomas & King,** N.D. Illinois, C. A. 07-00608

Celeste T. Jones
McNair Law Firm, P.A.
1301 Gervais Street
P.O. Box 11390
Columbia, SC 29211
**Counsel for Plaintiff Thomas & King,** N.D. Illinois, C. A. 07-00608

Dated: August 28, 2007

                        **DRUBNER & HARTLEY, L.L.C.**

                        By: _____

                        James E. Hartley, Jr.
                        500 Chase Parkway
                        Waterbury, CT 06708
                        (203) 753-9291

                        -and-

                        Charles Hellman
                        Cary Talbot
                        One Penn Plaza, Suite 4507
                        New York, NY 10119
                        (212) 736-2121

                        **WHATLEY, DRAKE & KALLAS, LLC**
                        Joe R. Whatley, Jr.
                        Edith M. Kallas
                        Deborah Clark-Weintraub
                        1540 Broadway, 37th Floor
                        New York, NY 10036
                        (212) 447-7070

                        *CO-LEAD COUNSEL AND INTERIM CLASS*
                        *COUNSEL IN THE WATERBURY ACTION*

                        **GRAY & WHITE**
                        Mark Gray
                        1200 PNC Plaza
                        Louisville, KY 40202
                        (502) 585-2060

                        **FOOTE, MEYERS, MIELKE & FLOWERS**
                        Robert M. Foote
                        416 South Second Street
                        Geneva, IL 60134
                        (630) 232-6333

**STROM LAW FIRM, PLLC**
J. Preston Strom, Jr.
1501 Main Street, Suite 700
Columbia, SC 20201
(803) 252-4800

*ADDITIONAL PLAINTIFFS' COUNSEL IN THE WATERBURY ACTION*