AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

CATHOLIC HEALTHCARE WEST

V.

KONINKLIJKE AHOLD N.V.; U.S. FOODSERVICE, INC.; GORDON REDGATE; and BRADY SCHOFIELD

SUMMONS IN A CIVIL ACTION

CASE NUMBER: C 07 4242

CW

TO: (Name and address of Defendant)

U.S. FOODSERVICE, INC.
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

STEVEN KAUFHOLD
AKIN GUMP STRAUSS HAUER & FELD LLP
580 CALIFORNIA, 15TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104-1036

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT
Richard W. Wieking
Helen L. Almacen

AUG 1 7 2007
DATE

AO 440 (Rev. 8/01) Summons In a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>August 21, 2007 at 3:01 p.m. |
| NAME OF SERVER (PRINT)<br>Daniel Newcomb | TITLE<br>Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on U.S. Foodservice, Inc., was effectuated by serving Mary Drummond, Managing Agent duly authorized to accept service. Service was made at Corporation Service Company, 2711 Centerville Rd., Suite 400, Wilmington, DE 19808.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 30, 2007
                    Date

Signature of Server

2000 Pennsylvania Ave. # 207, Wilmington, DE 19806
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.