AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

**E-filing**

CATHOLIC HEALTHCARE WEST

V.

KONINKLIJKE AHOLD N.V.; U.S. FOODSERVICE, INC.; GORDON REDGATE; and BRADY SCHOFIELD

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: C 07 4242 CW

TO: (Name and address of Defendant)

GORDON REDGATE
859 FAIRMOUNT AVENUE
CHATHAM, NEW JERSEY 07928

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

STEVEN KAUFHOLD
AKIN GUMP STRAUSS HAUER & FELD LLP
580 CALIFORNIA, 15TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104-1036

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

AUG 1 7 2007

CLERK OF COURT                    DATE

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

CATHOLICE HEALTHCARE vs. KONINKLIJKE                    CASE# C 07 4242

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | August 24, 2007 at 1:35 p.m. |
| NAME OF SERVER (PRINT) James Reap | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: 368 Main St., Chatham, NJ 07928

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/11/07
             Date            Signature of Server

GLSS - NWSC
Address of Server

2522 Lower Mason Creek Road
Bandera, TX 78003

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| Attorney or Party without Attorney:<br>AKIN GUMP STRAUSS HAUER & FELD, L.L.P.<br>300 Convent, Suite 1500<br>San Antonio, TX 78205<br>Telephone No: (210) 281-7000    FAX No: (210) 224-2035 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U.S.D.C. No. Dist CA-S.F. | | | | |
| Plaintiff: CATHOLIC HEALTHCARE WEST<br>Defendant: KONINKLIJKE AHOLD N.v., et al. | | | | |
| **SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C074242 CW |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT AND DEMAND FOR JURY TRIAL; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; PUBLIC NOTICE; ECF REGISTRATION INFORMATION HANDOUT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE 4X.

3. a. Party served: GORDON REDGATE
   b. Person served: Gordon Redgate

4. Address where the party was served: ~~859 Fairmount Avenue~~ 368 Main ST.
   Chatham, NJ 07928

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: 8/24/07    (2) at: 1:35 PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:** James Reap

   b. CLSS - NationWide Service Center (NWSC)
   2522 Lower Mason Creek Road
   Bandera, TX 78003
   c. (800) 899-2577, FAX (800) 998-2577

   8/28/07
   (Date)

   Fee for Service:
   I Declare under penalty of perjury under the laws of the State of that the foregoing is true and correct.

   (Signature)
   James Reap

8.

SUMMONS IN A CIVIL                                                                 2817000.53952