AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

E-filing

CATHOLIC HEALTHCARE WEST

V.
KONINKLIJKE AHOLD N.V.; U.S. FOODSERVICE, INC.; GORDON REDGATE; and BRADY SCHOFIELD

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: C 07 4242 CW

TO: (Name and address of Defendant)

BRADY SCHOFIELD
12 GULF SHORE BOULEVARD N.
NAPLES, FLORIDA 34102

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

STEVEN KAUFHOLD
AKIN GUMP STRAUSS HAUER & FELD LLP
580 CALIFORNIA, 15TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104-1036

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT _____

DATE  AUG 1 7 2007

Catholic Healthcare West vs. Koninklijke Ahold, N.V.  case no. C074242 CW

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE August 31, 2007 @ 4:00 p.m. |
| NAME OF SERVER (PRINT) Paul Hughes | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Brady Schofield
  138 Webster St., RI 02840

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  September 10, 2007
            Date                          Signature of Server

CLSS - NationWide Service Center
2522 Lower Mason Creek Road
            Address of Server

Bandera, TX 78003

(800) 899-2577

