AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

E-filing

CATHOLIC HEALTHCARE WEST

V.

KONINKLIJKE AHOLD N.V.; U.S. FOODSERVICE, INC.; GORDON REDGATE; and BRADY SCHOFIELD

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: C 07 4242 CW

TO: (Name and address of Defendant)

KONINKLIJKE AHOLD N.V.
PIET HEINKADE 167-173, 1019 GM
AMSTERDAM, THE NETHERLANDS

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

STEVEN KAUFHOLD
AKIN GUMP STRAUSS HAUER & FELD LLP
580 CALIFORNIA, 15TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104-1036

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK OF COURT

AUG 17 2007

DATE



**LEGAL LANGUAGE SERVICES**

A division of ALS International
8014 State Line Road
Suite 110
Leawood, KS 66208-3712

Telephone (913) 341-3167
Toll Free  (800) 755-5775
Telefax   (913) 341-3168
www.legallanguage.com

Catholic Healthcare West v. Koninklijke Ahold N.V., et al.
Case Number: C 07 4242

September 21, 2007

To whom it may concern:

This is to certify that the attached translation from Dutch into English is an accurate representation of the documents received by this office. These documents are designated as:

**Affidavit regarding International Service of Process in the Netherlands upon KONINKLIJKE AHOLD N.V.**

Maria Victoria Portuguez, Manager of this company, certifies that Rudi Vanvaerenbergh, who translated this document, is fluent in Dutch and standard North American English and qualified to translate. She attests to the following:

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document".

_____
Signature of Maria Victoria Portuguez

Subscribed and sworn to before me this __9/21__, 2007.


_____
Vicki Farron
Notary Public, State of Kansas
Qualified in Johnson County
My commission expires December 9, 2008

Sincerely,


Victor J. Hertz
President

# Van der Hoeden / Mulder
Court Bailiffs and Solicitors

Mr. J.J.L. Bondewijn
Mr. R.H. van Dourne
Mr. R.G. Matti
H.P. Smits

D. Bosman
R. Erken
Drs. J.C. Haak
F.E.M. Oortwijn-Groot
Mr. E. de Vries

Koninklijke AHOLD N.V.
Piet Heinkade 167-173
1019 GM Amsterdam

File no.: L07090037

---

SERVING DOCUMENTS in accordance with
The Hague Service Convention article 10 sub-paragraph b

---

Today, the twelfth day of September, two thousand seven;

I, Frederica Eva Maria OORTWIJN-GROOT, deputy bailiff employed at the offices of Remco Guillaume MATTI, having his registered office and principal place of business as a court bailiff in Amsterdam, at Wibautstraat 137a-137b;

At the request of:

Karina Shreefer, Esq.
Legal Language Services
8014, State Line Road, Suite 110
Leawood, Kansas 66208
United States of America

TO:

The corporation Koninklijke AHOLD N.V., hereinafter referred to as "Defendant", having its registered office and principal place of business in Amsterdam, at Piet Heinkade 167-173, serving my summons and leaving a copy of this document and of the documents mentioned hereinafter at the address with: Mrs. R. Gulraj, secretary to the SVP of Legal Affairs, employed at that address;

SERVED:
1. Hague Service Convention "Notice"
2. Hague Service Convention "Summary" with Attachment A
3. Summons in Civil Action
4. Complaint and Demand for Jury Trial with Exhibits 1 & 2
5. Application for Admission of Attorney Pro Hac Vice (R. Laurence Macon)
6. Order Granting Application for Admission of Attorney Pro Hac Vice (R. Laurence Macon)
7. Application for Admission of Attorney Pro Hac Vice (Karen Kroesche Gulde)
8. Order Granting Application for Admission of Attorney Pro Hac Vice (Karen Kroesche Gulde)
9. Application for Admission of Attorney Pro Hac Vice (Richard L. Wyatt, Jr.)
10. Order Granting Application for Admission of Attorney Pro Hac Vice (Richard L. Wyatt, Jr.)
11. Application for Admission of Attorney Pro Hac Vice (Todd M. Stenerson)
12. Order Granting Application for Admission of Attorney Pro Hac Vice (Todd M. Stenerson)
13. Certification of Interest Entities or Persons
14. Civil Cover Sheet
15. ECF Registration Information Handout
16. Public Notice
17. Order Setting Initial Case Management Conference and ADR Deadlines
18. Notice of Availability of Magistrate Judge to Exercise Jurisdiction
19. Order Temporarily Staying Action

Subscribed and sworn to before
me this ___9/21___ 20 _07_

Notary Public _____
VICKI FARRON
Notary Public, State of Kansas
Qualified in Johnson County
Commission Expires December 9, 2008

**Van der Hoeden / Mulder**
Court Bailiffs and Solicitors

Mr. J.J.L. Bondewijn
Mr. R.H. van Dourne
Mr. R.G. Matti
H.P. Smits

D. Bosman
R. Erken
Drs. J.C. Haak
F.E.M. Oortwijn-Groot
Mr. E. de Vries

GIVE NOTICE:

to the defendant to take due note of the content of these documents, among others, the procedure for answering and appearing and the consequences in case the defendant fails to appear in the proceedings in accordance with the applicable rules and regulations.

That Defendant can refuse to accept of the above-mentioned documents, if he/she does not understand the English language, as a Dutch translation of the above-mentioned documents is not included.

The applicable fees are: € 70.85, to be increased with the costs for serving in accordance with the Hague Service Convention.

*[signature]*
Deputy Bailiff

Office Hours:            Wilbaustraat 137a-137b  P.O. Box 95156  1090 HD Amsterdam   T 020 597 555  F  020 597 5500  E  info@hoeden-mulder.nl
09-00-12.00/14.00-16.00      www.hoeden-mulder.nl  Postbank: 4986986 Rabobank: 10.28.70.500 ABN AMRO: 54.99.10.794 BTW-nr: NL 806021998.801

*[signature]*

Subscribed and sworn to before
me this ___9/21___ 20 _07_

Notary Public _*[signature]* Vicki Farron_
**VICKI FARRON**
Notary Public, State of Kansas
Qualified in Johnson County
Commission Expires December 9, 2008



**Van der Hoeden | Mulder**
gerechtsdeurwaarders en juristen

mr. J.J.L. Boudewijn    D. Bosman
mr. R.H. van Doorne    R. Erken
mr. R.G. Matti    drs. J.C. Haak
H.P. Smits    F.E.M. Oortwijn-Groot
   mr. E. de Vries

Koninkliike AHOLD N.V.
Piet Heinkade 167-173
1019 GM   Amsterdam

Dossiernummer dw.: L07090037

---

BETEKENING van STUKKEN conform
Haags Betekeningsverdrag artikel 10 sub b

---

Heden, twaalf september tweeduizend zeven;

Heb ik, Frederica Eva Maria OORTWIJN-GROOT, als toegevoegd kandidaat-gerechtsdeurwaarder werkzaam ten kantore van Remco Guillaume MATTI, die als gerechtsdeurwaarder gevestigd is te Amsterdam en aldaar kantoor houdt aan de Wibautstraat 137a-137b;

Op verzoek van:

Karina Shreefer, Esq.
Legal Language Services
8014, State Line Road, suite 110
Leawood, Kansas 66208
United States of America

A A N:

De naamloze vennootschap Koninklijke AHOLD N.V., verder te noemen gerekwireerde, gevestigd te Amsterdam aan het adres Piet Heinkade 167-173, aldaar aan haar kantoor mijn exploot doende en aldus een afschrift dezes en van na te melden stukken latende aan: mevrouw R.Gulraj secretaresse van SVP Juridisch Zaken, aldaar werkzaam;
BETEKEND:

1. Hague Service Convention "Notice"
2. Hague Service Convention "Summary" with Attachment A
3. Summons in a Civil Action
4. Complaint and Demand for Jury Trial with Exhibits 1 & 2
5. Application for Admission of Attorney Pro Hac Vice (R. Laurence Macon)
6. Order Granting Application for Admission of Attorney Pro Hac Vice
   (R. Laurence Macon)
7. Application for Admission of Attorney Pro Hac Vice (Karen Kroesche Gulde)
8. Order Granting Application for Admission of Attorney Pro Hac Vice
   (Karen Kroesche Gulde)
9. Application for Admission of Attorney Pro Hac Vice (Richard L. Wyatt, Jr.)
10. Order Granting Application for Admission of Attorney Pro Hac Vice
    (Richard L. Wyatt, Jr.)
11. Application for Admission of Attorney Pro Hac Vice (Todd M. Stenerson)
12. Order Granting Application for Admission of Attorney Pro Hac Vice
    (Todd M. Stenerson)
13. Certification of Interested Entities or Persons
14. Civil Cover Sheet
15. ECF Registration Information Handout
16. Public Notice
17. Order Setting Initial Case Management Conference and ADR Deadlines
18. Notice of Availability of Magistrate Judge to Exercise Jurisdiction
19. Order Temporarily Staying Action



| | |
|---|---|
| mr. J.J.L. Boudewijn | D. Bosman |
| mr. R.H. van Doorne | R. Erken |
| mr. R.G. Matti | drs. J.C. Haak |
| H.P. Smits | F.E.M. Oortwijn-Groot |
| | mr. E. de Vries |

**MET AANZEGGING:**

Dat gerekwireerde goede nota dient te nemen van de inhoud van deze stukken, waaronder begrepen van de wijze waarop partijen in de procedure dienen te verschijnen dan wel verweer gevoerd dient te worden, alsmede van de gevolgen indien gerekwireerde niet volgens de terzake geldende voorschriften in de procedure verschijnt.

Dat gerekwireerde kan weigeren de hiervoor vermelde stukken in ontvangst te nemen, indien zij de Engelse taal niet begrijpt, nu een vertaling in de Nederlandse taal van de hiervoor vermelde stukken niet is ingesloten;

De kosten dezes zijn: € 70,85 te vermeerderen met de kosten van de betekening conform het Haags Betekeningsverdrag.

(t.k.-)gerechtsdeurwaarder

Catholic Healthcare West v. Koninklijke Ahold N.V., et al.
Case Number: C 07 4242

L07090037

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1. que la demande a été exécutée*

- the (date)
- *le (date)*    12th of September, 2007

- at (place, street, number)
- *à (localité, rue numéro)*    Piet Heinkade 167-173, 1019 GM Amsterdam, The Netherlands

~~- in one of the following methods authorised by article 5-~~
~~-*dans une des formes suivantes prévues à l'article 5:*~~

~~☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.~~
~~*a) selon les formes légales (article 5, alinéa premier, lettre a).*~~

~~☐ (b) in accordance with the following particular method*:~~
~~*b) selon la forme particulière suivante :*~~

~~☐ (c) by delivery to the addressee, who accepted it voluntarily. *~~
~~*c) par remise simple*~~

The documents referred to in the request have been delivered to:    KONINKLIJKE AHOLD N.V., in accordance with article 10(b) (voluntary) of the Hague Service Convention of 1965

*Les documents mentionnés dans la demande ont été remis à:*

-(identity and description of person)
-*(identité et qualité de la personne)*    Mrs. R. Gulraj

-relationship to the addressee (family, business, or other):
-*liens de parenté, de subordination ou autres, avec le destinataire de l'acte:*    Secretary of Senior Vice President Legal Affairs for KONINKLIJKE AHOLD N.V.

~~2) that the document has not been served, by reason of the following facts*:~~
~~*2. que la demande n'a pas été exécutée, en raison des faits suivants:*~~

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformént à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*
Hague Service Convention "Notice"; Hague Service Convention "Summary" with Attachment A; Summons in a Civil Action; Complaint and Demand for Jury Trial with Exhibits 1 & 2; Application for Admission of Attorney Pro Hac Vice (R. Laurence Macon); Order Granting Application for Admission of Attorney Pro Hac Vice (R.Laurence Macon); Application for Admission of Attorney Pro Hac Vice (Karen Kroesche Gulde); Order Granting Application for Admission of Attorney Pro Hac Vice (Karen Kroesche Gulde); Application for Admission of Attorney Pro Hac Vice (Richard L. Wyatt, Jr.); Order Granting Application for Admission of Attorney Pro Hac Vice (Richard L. Wyatt, Jr.); Application for Admission of Attorney Pro Hac Vice (Todd M. Stenerson); Order Granting Application for Admission of Attorney Pro Hac Vice (Todd M. Stenerson); Certification of Interested Entities or Persons; Civil Cover Sheet; ECF Registration Information Handout; Public Notice; Order Setting Initial Case Management Conference and ADR Deadlines; Notice of Availability of Magistrate Judge to Exercise Jurisdiction and Order Temporarily Staying Action.

Done at _____, the
*Fait à*    Amsterdam    , *le*    September 12, 2007

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'execution:*
Agent's Affidavit of Service with
    Exhibit 1 : Copy of Documents Served

Signature and / or stamp.
*Signature et / ou cachet.*

F.E.M. Oortwijn-Groot

*Delete if inappropriate.
*Rayer les mentions inutiles.*

2

van der HOEDEN/MULDER
Postbus 95156
1090 HD AMSTERDAM
Tel 020 - 597 55 55
Fax 020 - 668 43 91